

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00028-CV

**IN THE INTEREST OF N.M.B.**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-EM5-06049
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are taxed against appellant.

SIGNED April 20, 2022.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice